# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

DANIEL COCANOUR, ET AL.,

V.

**SUMMONS IN A CIVIL CASE**

NATIONAL SHOOTING SPORTS FOUNDATION INC,

CASE NUMBER: 3:25-CV-01571-OAW

TO: **National Shooting Sports Foundation Inc**
Defendant's Address: c/o Joseph H. Bartozzi
6 Corporate Drive, Suite 650
Shelton, CT 06484

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Riley Breakell
Motley Rice LLC
20 Church Street, Ste 17th Floor
Hartford, CT 06103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ – N Kelsey
_____
Signature of Clerk or Deputy Clerk



ISSUED ON 2025-09-23 15:43:26, Clerk USDC CTD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Shooting Sports Foundation Inc
was received by me on *(date)* September 23, 2025                      .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Joseph H. Bartozzi                   , who is
designated by law to accept service of process on behalf of *(name of organization)* the National Shooting
Sports Foundation Inc, delivered by Federal Express     on *(date)* September 25, 2025    ; or

☐ I returned the summons unexecuted because _____
_____; or

☐ Other *(specify)* _____
_____
_____

My fees are $ 0         for travel and $ 0          for services, for a total of $         0.00

I declare under penalty of perjury that this information is true.

Date: September 25, 2025

*Sana Chaudhry*
Servers signature

Sana Chaudhry, Legal Assistant
Printed name and title
Motley Rice LLC
20 Church Street, 17th Floor
Hartford, CT 06105
Servers address

Additional information regarding attempted service, etc: