UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL COCANOUR and DALE RIMKUS, on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>Defendant. | CIVIL ACTION NO: 3:25-cv-01571<br><br>OCTOBER 14, 2025 |

## JOINT MOTION TO SET DEADLINES

Plaintiffs Daniel Cocanour and Dale Rimkus ("Plaintiffs") and Defendant National Shooting Sports Foundation, Inc. ("NSSF"), through their respective attorneys, respectfully move this Court for entry of the parties' agreed-upon deadlines set forth below.

In support of this motion, the parties state as follows:

1. Plaintiffs filed a complaint in this action on September 22, 2025, and effected service on October 6, 2025. Plaintiffs anticipate filing an amended complaint by October 17, 2025.

2. NSSF anticipates filing a motion pursuant to Rule 12 in response to the amended complaint.

3. The parties have conferred and respectfully request that the Court enter an order setting forth the below deadlines:

| Event | Deadline |
|---|---|
| Defendant's Rule 12 Motion | December 16, 2025 |
| Plaintiffs' Opposition to Defendant's Motion | January 15, 2026 |
| Defendant's Reply in support of its Motion | February 13, 2026 |
| Rule 26(f) Conference | 30 days after ruling on Rule 12 Motion |

1

| | |
|---|---|
| Dated: October 14, 2025 | Respectfully submitted, |
| | |
| */s/ Wystan M. Ackerman* | */s/ Benjamin Gould* |
| | |
| Wystan M. Ackerman (ct24090)<br>Robinson & Cole LLP<br>One State Street<br>Hartford, CT 06103-3597<br>Tel. No.: (860) 275-8200<br>Fax No.: (860) 275-8299<br>wackerman@rc.com | Riley Breakell (ct3l 733)<br>MOTLEY RICE LLC<br>20 Church Street, 17th Floor<br>Hartford, CT 06103-1200<br>Telephone: (860) 218-2727<br>Facsimile: (860) 882-1682<br>rbreakell@motleyrice.com |
| | |
| Andrew Lelling (*pro hac vice* forthcoming)<br>Yvonne Chan (*pro hac vice* forthcoming)<br>Jenna LaPointe (*pro hac vice* forthcoming)<br>JONES DAY<br>100 High Street, 21st Floor<br>Boston, MA 02110<br>Telephone: (617) 960-3939<br>alelling@jonesday.com<br>ychan@jonesday.com<br>jlapointe@jonesday.com | Benjamin Gould (admitted *pro hac vice*)<br>Nicandro Iannacci (admitted *pro hac vice*)<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101-3268<br>Telephone: (206) 623-1900<br>bgould@kellerrohrback.com<br>niannacci@kellerrohrback.com |
| | |
| Attorneys for Defendant NATIONAL SHOOTING SPORTS FOUNDATION, INC. | Attorneys for Plaintiffs DANIEL COCANOUR and DALE RIMKUS, on behalf of all those similarly situated |

- 3 -

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on October 14, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                    /s/ *Wystan M. Ackerman*