UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL COCANOUR and DALE RIMKUS, on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>Defendant. | CIVIL ACTION NO: 3:25-cv-01571<br><br>OCTOBER 17, 2025 |

## NOTICE OF APPEARANCE

Please enter the appearance of Yvonne W. Chan of Jones Day, on behalf of Defendant National Shooting Sports Foundation, Inc., in the above-captioned matter.

By:   /s/ *Yvonne W. Chan*
Yvonne W. Chan (phv208952)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
Telephone: (617) 960-3939
Fax: (617) 449-6999
ychan@jonesday.com

1

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 17, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ *Yvonne W. Chan*